NATIONSBANK OF N.C. v. AMERICAN DOUBLOON CORP.

No. 164P97

Case below: 125 N.C.App. 494

Petition by defendants (Parsons and Resources Planning Corp.) for discretionary review pursuant to G.S. 7A-31 denied 5 June 1997.

PHILLIPS v. SANDERS

No. 177P97

Case below: 125 N.C.App. 615

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 June 1997.

POOLE v. COPLAND, INC.

No. 145PA97

Case below: 125 N.C.App. 235

Upon consideration of plaintiff's petition for discretionary review and defendant's (Copland, Inc.) petition for discretionary review, the following order is entered: The petitions are allowed 5 June 1997 for the limited purpose of addressing the issues raised in the petitions as to the applicability of the "thin skull" rule and the instruction given by the trial court. All other issues requested for review are denied 5 June 1997.

POWERS v. POWERS

No. 229P97

Case below: 126 N.C.App. 225

Motion by defendant for temporary stay denied 15 May 1996. Petition by defendant for writ of supersedeas denied 15 May 1997. Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 15 May 1997.

RECREECH, INC. v. SWARINGEN

No. 199P97

Case below: 125 N.C.App. 743

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 June 1997.